UNCLAIMED FUNDS

#60866

FILED

2010 DEC -3 PM 1:41

DECEMBER 2, 2010

06-61171    DAVID BERRIOS
             CHRISTINA BERRIOS
             CREDITOR DID NOT CASH CHECK
             CHECK #467324 FOR $17.72
             NCO FINANCIAL SYSTEMS, INC.
             PO BOX 41567
             PHILADELPHIA, PA  19101

06-61171    DAVID BERRIOS
             CHRISTINA BERRIOS
             CREDITOR DID NOT CASH CHECK
             CHECK #467325 FOR $36.25
             NCO FINANCIAL SYSTEMS, INC
             PO BOX 41567
             PHILADELPHIA, PA  19101



```
     0 · *

 17 · 72 +
 36 · 25 +
 53 · 97 *
```